UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:23-cr-00052-SNLJ-ACL |
| ) | |
| BRETT MICHAELS CHILTON, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendant Brett Michaels Chilton's Motion to Suppress Statements (Doc. 51) and Motion to Suppress Evidence (Doc. 52). After an evidentiary hearing and briefing, Magistrate Judge Abbie Crites-Leoni[1] issued a Report and Recommendation recommending the motions be denied (Doc. 75). This Court's review of the Report and Recommendation is governed by 28 U.S.C. § 636 and Federal Rule of Criminal Procedure 59. The court conducts a de novo review as to any objections to the magistrate judge's recommendations with respect to dispositive matters that are timely made and specific. 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b). Because motions to suppress evidence are considered dispositive matters, a magistrate judge's recommendation regarding such a motion is subject to de novo review. 28 U.S.C. § 636(b)(1); *see also United States v. Raddatz*, 447 U.S. 667, 673 (1980). In conducting a de novo review, this court may then "accept, reject, or modify, in whole or in part, the

---

[1] Pursuant to 28 U.S.C. § 636(b) and Local Rule 2.08, all pretrial matters were referred to United States Magistrate Judge Abbie Crites-Leoni (Doc. 6).

findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); *see also United States v. Craft*, 30 F.3d 1044, 1045 (8th Cir. 1994).

Here, Chilton filed objections to the findings of fact and legal conclusions in the Report and Recommendation (Doc. 80). The Court has, therefore, conducted a de novo review of the record. The factual background is clearly and precisely set forth in the Report and Recommendation and is incorporated herein by reference. After a thorough review of the record, this Court will overrule Chilton's objections. Further, the Court adopts, sustains, and incorporates herein the well-reasoned Report and Recommendation in its entirety and will deny Chilton's motions.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Objections to the Report and Recommendation of the United States Magistrate Judge (Doc. 80) are **OVERRULED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation of United States Magistrate Judge Abbie Crites-Leoni (Doc. 75) filed October 9, 2024, is **SUSTAINED**, **ADOPTED**, and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that defendant's Motion to Suppress Statements (Doc. 51) and Motion to Suppress Evidence (Doc. 52) are **DENIED**.

Dated this 7th day of November, 2024.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE